# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH CLIFTON SMITH, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 1:05–cv–00474–CG–M |
| | ) |
| JEFFERSON DUNN, | ) |
| Commissioner of the Alabama | ) |
| Department of Corrections, | ) |
| | ) |
| Respondent. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Respondent in the above-styled cause hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the judgment and opinion entered on August 17, 2021, finding that Smith is intellectually disabled and cannot constitutionally be executed under the Supreme Court's decision in *Atkins v. Virginia*, 536 U.S. 304 (2002). This appeal is permitted as of right pursuant to 28 U.S.C. § 2253 and 28 U.S.C. § 1291.

Respectfully submitted,

Steve Marshall
*Attorney General*

**s/ *Beth Jackson Hughes***
Beth Jackson Hughes
*Assistant Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of December 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Kacey Keeton.**

*s/ Beth Jackson Hughes*
Beth Jackson Hughes
*Assistant Attorney General*

State of Alabama
Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130–0152
Tel: (334) 242–7392
Beth.Hughes@AlabamaAG.gov